☒ FILED ☐ LODGED
Jun 21 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Bethany Jameson,

Defendant.

No. CR-24-01068-01-PHX-DWL

Bethany Jameson, the above-named defendant, who is accused of Conspiracy to Commit Wire Fraud, a class C felony, in violation of Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Bethany Jameson
Defendant

Jason Lamm
Counsel for Defendant

Date 20 JUNE 2024.