☒ FILED ☐ LODGED

Jun 21 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Bethany Jameson,<br>Defendant. | No. CR-24-01068-01-PHX-DWL<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 20th day of June, 2024.

BETHANY JAMESON
Defendant

JASON LAMM
Counsel for Defendant

MATTHEW WILLIAMS
Assistant U.S. Attorney

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice