**JASON D. LAMM # 018454**
**Law Office of Jason Lamm**
**2501 North Seventh Street**
**Phoenix, AZ 85006-1047**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant JAMESON**

LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF**

| | |
|---|---|
| **United States of America**, Plaintiff, vs. **Bethany Jameson**, Defendant | **Case No.: 2:24-cr-01068-01-DWL** **NOTICE OF APPEARANCE** |

Jason Lamm hereby enters his appearance as retained counsel on behalf of Defendant Bethany Jameson for all further proceedings in this matter, through and including the filing of a Notice of Appeal, if required.

Respectfully submitted this 24th day of June, 2024.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically transmitted the attached document to all parties of record via the Court's ECF system.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant Jameson