**JASON D. LAMM # 018454**
**Law Office of Jason Lamm**
**2501 North Seventh Street**
**Phoenix, AZ 85006-1047**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant JAMESON**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF**

| | |
|---|---|
| **United States of America**, Plaintiff, vs. **Bethany Jameson**, Defendant | **Case No.: 2:24-cr-01068-01-DWL** **DEFENDANT'S MOTION TO CONTINUE SENTENCING (1st Request)** **Defendant Out-Of-Custody** **(Assigned to Honorable Dominic W. Lanza)** |

Defendant, through undersigned counsel, hereby moves this Court to enter an Order continuing the Sentencing that is currently set in this matter on October 23, 2024, at 1:30 p.m. for a period of ninety (90) days as defense counsel needs additional time to gather mitigating information in order to effectively prepare for the Defendant's Sentencing. Substantial restitution may be required under the terms of the plea agreement, thereby requiring counsel to review voluminous financial records.

Undersigned counsel has personally contacted counsel for the Government, who does not oppose this request.



LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) is expected to result from this motion or from an order based thereon.

Respectfully submitted this 16th day of August, 2024.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically transmitted the attached document to all parties of record via the Court's ECF system.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant Jameson