**JASON D. LAMM # 018454**
**Law Office of Jason Lamm**
**2501 North Seventh Street**
**Phoenix, AZ 85006-1047**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant JAMESON**

LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF**

| | |
|---|---|
| **United States of America**, | **Case No.: 2:24-cr-01068-01-DWL** |
| Plaintiff, | **DEFENDANT'S MOTION TO CONTINUE SENTENCING (2nd REQUEST)** |
| vs. | |
| **Bethany Jameson**, | **Defendant Out-Of-Custody** |
| Defendant | **(Assigned to Honorable Dominic W. Lanza)** |

Defendant, through undersigned counsel, hereby moves this Court to enter an Order continuing the Sentencing that is currently set in this matter on January 22, 2024 for a period of approximately ninety (90) days as defense counsel will be in trial in *State v. Horcasitas,* Maricopa County Superior Court Case No. CR2021-142720-001. Also defense counsel will be starting trial in *USA v. Brown,* USDC-AZ 2:24-cr-00355 on February 4, 2025.

Undersigned counsel has personally contacted counsel for the Government, who does not oppose this request.

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) is expected to result from this motion or from an order based thereon.

Respectfully submitted this 15th day of November, 2024.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certified that on November 15, 2024, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and notice will be sent to all parties by operation of the Court's electronic filing system.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant Jameson