**JASON D. LAMM # 018454**
**Law Office of Jason Lamm**
**2501 North Seventh Street**
**Phoenix, AZ 85006-1047**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant JAMESON**

LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF**

| | |
|---|---|
| **United States of America**, | **Case No.: 2:24-cr-01068-01-DWL** |
| Plaintiff, | **DEFENDANT'S MOTION TO CONTINUE SENTENCING (4th REQUEST)** |
| vs. | |
| **Bethany Jameson**, | **Defendant Out-Of-Custody** |
| Defendant | **(Assigned to Honorable Dominic W. Lanza)** |

Defendant, through undersigned counsel, hereby moves this Court to enter an Order continuing the Sentencing that is currently set in this matter on October 27, 2025 for a period of approximately six (6) months as significant mitigation work needs to be undertaken in order for defense counsel to effectively represent Defendant at sentencing.

Undersigned counsel has personally contacted counsel for the Government, who does not oppose this request.

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) is expected to result from this motion or from an order based thereon.

Respectfully submitted this 5th day of September, 2025.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certified that on September 5, 2025, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and notice will be sent to all parties by operation of the Court's electronic filing system.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant Jameson