**THE ZICKERMAN LAW OFFICE, PLLC**
20 East Cherry Avenue
Flagstaff, Arizona 86001
Phone (928) 774-8400
Fax (844) 269-9311
office@zickermanlaw.com

**ADAM K. ZICKERMAN**
State Bar No. 022320
Attorney for the Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES**, | Case No.: 2:24-CR-01068-01-DWL |
| Plaintiff, | |
| vs. | **MOTION FOR SUBSTUTION OF COUNSEL** |
| **BETHANY JAMESON,** | **(Defendant Out-Of-Custody)** |
| Defendant. | |

Adam Zickerman, with the consent of the Defendant, hereby moves this Court for an Order granting his substitution of counsel of record in this matter replacing any and all other previously retained or appointed counsel. New counsel is aware of all pending dates and will be ready to proceed.

RESPECTFULLY SUBMITTED this 15 day of December, 2025.

***/s/ Adam K. Zickerman***

Adam K. Zickerman
Attorney for the Defendant

I hereby consent to the substitution of Adam Zickerman as my counsel in this matter in place of any previously retained or appointed counsel who has appeared on my behalf. I hereby further terminate the representation of any and all prior counsel.

/s/_*Bethany Jameson* (with consent)____
Bethany Jameson
Defendant

Original filed with the
USDC, District of Arizona
Clerk of Court
Court this 15 day of December, 2025.

COPY of the foregoing
Delivered this
15 day of December, 2025 to:

United States District Judge
Dominic W. Lanza
lanza_chambers@azd.uscourts.gov

United States Attorney's Office
Shane Butland
shane.butland2@usdoj.gov

Bethany Jameson

By: ***/s/ Molly Garquilo***