**THE ZICKERMAN LAW OFFICE, PLLC**
20 East Cherry Avenue
Flagstaff, Arizona 86001
Phone (928) 774-8400
Fax (844) 269-9311
office@zickermanlaw.com

**ADAM K. ZICKERMAN**
State Bar No. 022320
Attorney for the Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES,** Plaintiff, | Case No.: 2:24-CR-01068-01-DWL |
| vs. | **ORDER RE:** **MOTION FOR SUBSTITUTION OF COUNSEL** |
| **BETHANY JAMESON,** Defendant. | |

The Court having reviewed Defendant's Motion for Substitution of Counsel, and for good cause shown

**IT IS ORDERED** substituting Adam Zickerman as counsel of record in place of Jason D. Lamm.

DATED this ___ day of December, 2025

______________________________
Honorable Dominic W. Lanza
United States District Judge