**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Bethany Lynn Jameson,

Defendant.

No. CR-24-01068-001-PHX-DWL

**ORDER**

Upon review of Attorney Zickerman's Motion for Substitution of Counsel (Doc. 31), and good cause appearing,

IT IS ORDERED granting the motion. Attorney Adam Zickerman is substituted in place of attorney Jason Lamm as counsel of record in this matter.

Dated this 15th day of December, 2025.

Dominic W. Lanza
United States District Judge