**JASON D. LAMM # 018454**
**2501 North Seventh Street**
**Phoenix, AZ 85006-1047**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant JAMESON**

LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**, Plaintiff, vs. **Bethany Jameson**, Defendant | **Case No.: 2:24-CR-01068-01-DWL** **MOTION FOR SUBSTITUTION OF COUNSEL** |

Jason Lamm, with the consent of Defendant, hereby moves this Court for an Order granting his substitution as counsel of record in this matter in place of Adam Zickerman, through and including the filing of a Notice of Appeal, if required.

Pursuant to Local Rule 83.3, new counsel is aware of all pending dates and is prepared to proceed.

Respectfully submitted this 27th day of January, 2026.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant JAMESON

I personally consent to the substitution of Jason Lamm as my counsel of record in place and instead of Adam Zickerman.

/s/ Bethany Jameson (with consent)
BETHANY JAMESON

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and notice will be sent to all parties by operation of the Court's electronic filing system.

/s/ Wyatt D. Dodds