**JASON D. LAMM # 018454**
**2501 North Seventh Street**
**Phoenix, AZ 85006-1047**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant JAMESON**

LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**, Plaintiff, vs. **Bethany Jameson**, Defendant | **Case No.: 2:24-CR-01068-01-DWL** **ORDER** |

The Court having reviewed Defendant's Motion for Substitution of Counsel, and for good cause shown

**IT IS ORDERED** substituting Jason D. Lamm as counsel of record in place of Adam Zickerman.

Dated this __th day of January, 2026.

_______________________________
Honorable Dominic W. Lanza
United States District Judge