LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ 85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**, Plaintiff, vs. **Bethany Jameson**, Defendant | **Case No.: 2:24-cr-01068-01-DWL** **ORDER** |

The Court having reviewed Defendant's Motion to Continue Sentencing (Doc. ___), and the Government having no objection thereto,

**IT IS ORDERED** continuing the Sentencing currently set for April 27, 2026, and resetting same to ________________, the _______ day of ___________________, 202__, at _____:_____a.m./p.m.

Excludable delay shall commence on ______________________ and end on ___________________________.

**DATED** this _______ day of March, 2026.

Honorable Dominic W. Lanza
United States District Court Judge